SAVOY-REELAND PRINTING CORPORATION, Appellant, *v.* SAWYER-HORNSTEIN, INC., Respondent, Impleaded with Another.

(Argued February 28, 1933; decided April 11, 1933.)

*William Weisman* and *Samuel Gottlieb* for appellant.
*Stuart K. Brandon* and *Richard P. Carrigan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: LEHMAN, J. Not voting: HUBBS, J.